IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**DEMARCUS ROGERS**,

        Plaintiff,

   v.

**CAROLYN W. COVLIN**,
Commissioner of Social Security

        Defendant.

No. 3:15-cv-02122-PK

OPINION AND ORDER

**MOSMAN, J.**,

On December 9, 2016, Magistrate Judge Paul Papak issued his Findings and Recommendation ("F&R") [21], recommending that the Commissioner's decision should be REVERSED and REMANDED for immediate payment of benefits. Neither Defendant nor Plaintiff objected.

## DISCUSSION

The magistrate judge makes only recommendations to the court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge, but retains responsibility for making the final determination. The court is generally required to make a de novo determination regarding those portions of the report or specified findings or recommendation as to which an objection is made. 28 U.S.C. § 636(b)(1)(C). However, the court is not required to review, de novo or under any other standard, the factual or legal conclusions of

1 – OPINION AND ORDER

the magistrate judge as to those portions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). While the level of scrutiny under which I am required to review the F&R depends on whether or not objections have been filed, in either case, I am free to accept, reject, or modify any part of the F&R. 28 U.S.C. § 636(b)(1)(C).

Upon careful review, I agree with Judge Papak's recommendations and I ADOPT the F&R [21] as my own. The Commissioner's decision is REVERSED and REMANDED for immediate payment of benefits.

IT IS SO ORDERED.

DATED this   25th   day of January, 2017.

/s/ Michael W. Mosman\
MICHAEL W. MOSMAN\
Chief United States District Judge

2 – OPINION AND ORDER